'Federal Court'
at
'District Court of the united States for Middle Georgia'

RECEIVED CLERK'S OFFICE 2014 FEB -3 PM 4:47 U.S. DISTRICT COURT MACON, GEORGIA

i: a man;
prosecutor                                          Nature of case; claim

-----------------------------------

STATE OF GEORGIA: ENTITY UNDISCLOSED,           )         5:14-CV-046
SCOTT RADBAUGH,                                 )
LASHONDA HARRIS, A WOMAN:,                      )
TWIGGS COUNTY SHERIFF'S OFFICE:                 )   claim; trespass [liberty]
ENTITY UNDISCLOSED  NO KNOWN ADDRESS,           )
CRAIG FRASER, A MAN:                            )
KEVIN WRYE, A MAN:                              )         (verified)
DARRIN MITCHUM, A MAN:                          )
JOHN DOES 1-5, A MAN:                           )
    Wrongdoer(s)                                )

---

i, require; a 'court of record';

---

claim: trespass [liberty – Right to life, liberty, pursuit of happiness]

i, a man claim:

1. the said wrongdoer(s) trespass upon my property (liberty to be let alone);

2. the causal agent of the trespass, comes by way of theft of liberty;

3. the said wrongdoers(s) are noticed to cease and desist attempting to administrate my property without express consent;

4. the trespass did and does harm and injury to my property;

5. the commencement of wrong and harm began on march 30th, 2013;

6. the wrong and harm continue to this day, february 3rd, 2014;

7. i wish to be let alone

8. in order to be let alone, i require case(s) and warrants be dismissed with prejudice (case #'s unknown at this time) and criminal warrants (#'s, 13-131, 13-130, 13-129, 13-133, 13-132, 13-134) and be voided and expunged from the record;

9. i, require compensation for the initial and continual trespass upon my property;

10. compensation due to make whole for damages: Five thousand dollars (5,000.00) for every hour (Two days, = 44 hours = Two hundred and twenty thousand dollars) $220,000.00;

i, say here, and will verify in open court, that all herein be true

By: [signature]
February 3, 2014